# U.S. Bankruptcy Court
## Western District of Texas

In re:

        Case No. **09–30881–hcm**

        Chapter No. **7**

**JOE JESSE MONGE AND ROSANA ELENA MONGE**
Debtor

        Adv. Proc. No. **16–03009–hcm**

**THE LAW OFFICES OF MICHAEL R. NEVAREZ**
Plaintiff
v.
**ROSANA ELENA MONGE AND JOE JESSE MONGE**
Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

---

**Address of Clerk**

    **Clerk, U.S. Bankruptcy Court**
    **Western District of Texas**
    **511 E. San Antonio Ave., Suite 444**
    **El Paso, TX 79901**

---

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

---

**Name and Address of Plaintiff's Attorney**

    **Michael R. Nevarez**
    **The Law Offices of Michael R. Nevarez**
    **P.O. Box 12247**
    **El Paso, TX 79913**

---

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Date Issued:*
**02/26/2016**



*Yvette M. Taylor, Clerk Of Court*